**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **MERRIGO LIFE LLC,** | |
| **Plaintiff,** | **Case No.** |
| **v.** | |
| **2C LEGACY LLC D/B/A 2C HOME,** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

**COMPLAINT**

Plaintiff Merrigo Life LLC ("Plaintiff") hereby brings the present action against Defendant 2C Legacy LLC d/b/a 2C Home ("Defendant") as follows:

**INTRODUCTION**

1.      Plaintiff is forced to file this action to combat Defendant's counterfeiting and infringement of its federally registered SUCCULENT trademark, as well as to protect consumers from purchasing Unauthorized Products over the internet. Plaintiff has been, and continues to be, irreparably damaged through consumer confusion and dilution of its valuable trademark because of Defendant's actions. Plaintiff seeks injunctive relief to prevent further infringement and monetary damages.

**JURISDICTION AND VENUE**

2.      This action arises under federal law, specifically the Trademark Act of 1946, commonly known as the Lanham Act, 15 U.S.C. § 1051 et seq., as well as various state law claims. Jurisdiction is therefore appropriate pursuant to 28 U.S.C. § 1338(a)-(b) and 28 U.S.C. § 1331. Venue is proper in this District pursuant to 28 U.S.C. § 1391 because Defendant conducts

1

systematic and continuous business activities targeting United States consumers, including residents of Illinois.

3. This Court has personal jurisdiction over Defendant because Defendant structures its business activities to target United States consumers, including residents of Illinois, through a fully interactive e-commerce storefront on Amazon.com operating under the seller alias "2C Home." Defendant specifically targets Illinois and other United States consumers by offering shipping to residents throughout the United States, accepting United States dollars, and actively selling products that incorporate infringing uses of Plaintiff's federally registered SUCCULENT trademark (collectively, the "Unauthorized Products") to residents of Illinois, including a purchase shipped to a consumer in Chicago, Illinois. See Exhibit 3.

**PARTIES**

4. Plaintiff, Merrigo Life, LLC, is a Texas limited liability company with its principal place of business located at 1671 S Broadway St. OFC 4, Carrollton, Texas. Merrigo Life, LLC is the owner of the federally registered trademark "SUCCULENT."

5. Plaintiff was founded by Lillian Lau, who possesses extensive expertise in plant science and nature-inspired home decor design.

6. Through Green Philosophy Co. and now Merrigo Life, LLC, Plaintiff has developed a successful line of nature-inspired decorative pillows and home furnishings that have earned the trust and loyalty of thousands of satisfied customers.

7. Plaintiff holds two federally registered trademarks for the mark "SUCCULENT" in connection with decorative pillows and home furnishings: (a) Registration No. 6,965,921, registered January 24, 2024 for Plush Decorative Accent Throw Pillows; and (b) Registration No. 7,969,031, registered September 30, 2025 for Decorative Pillows. See Exhibit 1.

8.    Plaintiff has continuously used the SUCCULENT Trademark in commerce since at least September 30, 2018, and has invested substantial time, money, and effort in advertising, promoting, and selling products bearing the SUCCULENT Trademark.

9.    Defendant 2C Legacy LLC is a New Jersey limited liability company with a principal place of business at 4 Pin Oak Court, Voorhees, New Jersey 08043. Defendant operates an e-commerce storefront on Amazon.com under the seller alias and brand name "2C Home" (Amazon Seller ID A3QXM53TNRF4X9).

10.    To the extent discovery reveals that any additional individual or entity is responsible for the conduct alleged herein, Plaintiff reserves the right to amend this Complaint to name such party or parties.

## DEFENDANT'S UNLAWFUL CONDUCT

11.    Defendant has engaged in willful, deliberate, and systematic infringement of Plaintiff's intellectual property rights by designing, marketing, distributing, offering for sale, and selling an Unauthorized Product (Amazon ASIN B0CHXYMRW5) that incorporates infringing uses of Plaintiff's SUCCULENT Trademark. See Exhibit 2.

12.    Defendant uses the SUCCULENT Trademark in connection with the Unauthorized Product in multiple locations, including: (a) the product detail page URL, https://www.amazon.com/2C-Home-**Succulent**-Pillow-Pillows/dp/B0CHXYMRW5 (emphasis added); (b) product videos hosted on the listing, including videos titled "Succulent Pillow" and "Handcrafted 3D Succulent Pillow by 2C Home"; (c) the "Item Type Name" listing attribute, identified as "Succulent Pillow"; (d) the "From the brand" marketing content on the listing, which describes "our new Succulent Pillow"; and (e) the physical product packaging and labeling, which bears the designation "3D Mist Green Succulent Pillow." See Exhibit 2.

13. Defendant further uses the term "succulent pillow" to promote the Unauthorized Product through paid keyword and search advertising on Amazon.com, causing the Unauthorized Product to appear in response to consumer searches for Plaintiff's SUCCULENT products. See Exhibit 4.

14. Defendant has specifically targeted sales of the Unauthorized Product to residents of Illinois and throughout the United States through Defendant's fully interactive e-commerce storefront on Amazon.com. See Exhibit 2.

15. As a result of Defendant's unauthorized and infringing conduct, Plaintiff has suffered, and continues to suffer, substantial and irreparable harm, including diminution of goodwill associated with the SUCCULENT Trademark, loss of consumer confidence, damage to reputation, loss of exclusivity, loss of sales, and unjust enrichment.

## DEFENDANT'S DELIBERATE CONTINUATION AFTER NOTICE

16. On November 1, 2025, Plaintiff submitted an intellectual property infringement complaint to Amazon.com (Amazon Complaint ID 18752314301) identifying Defendant's product listing (ASIN B0CHXYMRW5) as infringing Plaintiff's intellectual property rights. Amazon acknowledged receipt of the complaint the same day. See Exhibit 5. This complaint placed Defendant on actual notice of Plaintiff's trademark rights and the infringing nature of Defendant's conduct.

17. Despite receiving actual notice, Defendant continued its unauthorized use of the SUCCULENT Trademark in the product detail page URL, product videos, the "Item Type Name" listing attribute, "From the brand" marketing content, and product packaging.

18. Following the infringement complaint, Plaintiff conducted a test purchase of the Unauthorized Product, which was shipped to a consumer in Illinois. See Exhibit 3.

4

19. As of July 2026, Plaintiff has confirmed that Defendant continues to actively offer and sell the Unauthorized Product on Amazon.com under the 2C Home storefront, including through a product detail page URL containing the term "Succulent." See Exhibit 2.

20. Defendant's deliberate continuation of its infringing conduct despite actual notice is strong evidence of willfulness.

## COUNT I: TRADEMARK INFRINGEMENT AND COUNTERFEITING (15 U.S.C. § 1114)

21. Plaintiff hereby re-alleges and incorporates by reference all preceding paragraphs as if fully set forth herein.

22. Plaintiff is the owner of the federally registered trademark "SUCCULENT."

23. Defendant, without authorization or permission from Plaintiff, has used, offered for sale, sold, and distributed imitations and reproductions of the SUCCULENT Trademark in connection with the sale and marketing of Unauthorized Products. Plaintiff's SUCCULENT Trademark is registered on the Principal Register of the United States Patent and Trademark Office.

24. Defendant had actual knowledge of Plaintiff's SUCCULENT Trademark and the infringing nature of Defendant's conduct, yet intentionally and willfully continued infringing Plaintiff's trademark rights.

25. Defendant's use of reproductions of the SUCCULENT Trademark in connection with the sale of Unauthorized Products is likely to cause confusion, mistake, or deception among consumers.

26. Defendant's conduct constitutes willful trademark infringement under 15 U.S.C. § 1114.

### COUNT II: FALSE DESIGNATION OF ORIGIN (15 U.S.C. § 1125(a))

5

27.     Plaintiff hereby re-alleges and incorporates by reference all preceding paragraphs as if fully set forth herein.

28.     Defendant has used infringing marks and has made false designations of origin in connection with the sale of Unauthorized Products, in violation of 15 U.S.C. § 1125(a)(1)(A).

29.     Defendant's violation of Section 43 of the Lanham Act is willful, intentional, and in bad faith.

30.     Plaintiff has suffered irreparable harm and has no adequate remedy at law.

### PRAYER FOR RELIEF

Plaintiff, Merrigo Life LLC, respectfully requests that this Court enter judgment against Defendant, 2C Legacy LLC d/b/a 2C Home, and grant the following relief:

A.      A temporary restraining order, preliminary injunction, and permanent injunction enjoining and restraining Defendant from:

    a.      Using, reproducing, displaying, distributing, or offering for sale the SUCCULENT Trademark in connection with any goods or services;

    b.      Offering for sale, selling, or distributing products that pass off or represent themselves as being associated with, affiliated with, approved by, or sponsored by Plaintiff; and

    c.      Engaging in any further acts of trademark counterfeiting, trademark infringement, false designation of origin, unfair competition, consumer fraud, or deceptive trade practices as alleged in this Complaint.

B.      An order directed to Amazon.com and any other online marketplaces and platforms on which Defendant is currently selling Unauthorized Products, requiring such

platforms to remove all listings of Unauthorized Products and suspend Defendant's seller accounts.

C.    A judgment finding that Defendant has infringed Plaintiff's registered SUCCULENT Trademark in violation of 15 U.S.C. § 1114.

D.    A judgment finding that Defendant has used false designations of origin in violation of 15 U.S.C. § 1125(a).

E.    An award of monetary damages, including Defendant's profits and revenues derived from the sale of Unauthorized Products, to the full extent permitted by law.

F.    An award of treble damages and enhanced damages under 15 U.S.C. § 1117(a) for willful trademark infringement.

G.    An award of Plaintiff's reasonable attorneys' fees and costs pursuant to 15 U.S.C. § 1117(a) and applicable state law.

H.    Such further and other relief as this Court deems proper, just, and equitable.

### JURY TRIAL DEMAND

Plaintiff hereby demands a trial by jury as to all issues in this case so triable.

Dated: July 7, 2026               Respectfully submitted,


/s/ Nicholas S. Lee
Nicholas S. Lee
332 S. Michigan Ave., Suite 900
Chicago, IL 60604
nslee@nslegal-ip.com
(224) 360-3293

*Counsel for Plaintiff, Merrigo Life, LLC*